UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-81221-ROSENBERG/REINHART

ANITA AUSTIN,

   Plaintiff,

v.

MEDICREDIT, INC.,

   Defendant.

_____/

### ORDER CLOSING CASE

This cause is before the Court on the parties' Notice of Voluntary Dismissal at docket entry 25. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. All pending motions are **DENIED AS MOOT**, all hearings are **CANCELLED,** and all deadlines are **TERMINATED**;

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 28th day of November, 2018.

                                                          _____
                                                          ROBIN L. ROSENBERG
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record